73,697-06,07
08,09

RAUL DAVID JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

---

Court of Criminal Appeals                          October 14, 2015
Able Acosta, Clerk
P.O. Box 12308
Austin, Tx. 78711

RE: <u>NO. W06-00445-K(B), W06-00448-K(B), W06-00450-K(B), W06-00453-K(B)</u>

Dear Mr Acosta,

    Enclosed please find a true copy of Applicant's pro se Designation of Habeas Record and cover letter that I have this date mailed by certified mail (RRR), to the district clerk of Dallas County in cert# 7012 2920 0000 7742 3118.

    Please file this correcpondence for record in the above cause and bring it to the Court's attention as I have been having problems with the trial court clerk performing her duties which could affect the outcome of the present habeas proceedings. Thank you.

Sincerely,

Raul David Jackson
Applicant, Pro Se

c. File

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

RAUL DAVID JACKSON #1367898
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

Felicia Pitre                                    October 14, 2015
Dist.Clerk, Dallas Co.
600 Commerce St. 1st Fl.
Dallas, Tx. 75202-4606

RE: WRIT NO. W06-00445-K(B), W06-00448-K(B), W06-00450-K(B)
and W06-00453-K(B)

AS PREVIOUSLY INDICTED: F-0554511, F-0555473, F-0556279, F-0557397

Dear Ms Pitre,

     Enclosed please find Applicant's pro se Designation of Record
to be included with the habeas record pursuant to rule 34.5 of the
Rules of Appellate Procedure. Please be aware that I did previously
request the plea papers as originally indicted be transmitted to
the Court of Criminal Appeals and my request was either refused or
denied, which caused unnecessary delay in these proceedings. Please
comply with this request as these documents are relevant to the
present post-conviction proceedings.

     Additionally, Rule 73.4 of the Rules of Appellate Procedure
also require that you provide all parties with a copy of any
findings of fact and conclusions of law. Please be aware that I
have not received these findings of fact as required by law even
after I sent you a certified letter requesting such documents.

ANY FURTHER OMISSIONS OF LAW BY YOUR OFFICE WILL BE ADDRESSED IN
THE COURT OF CRIMINAL APPEALS IN A MOTION FOR SANCTIONS.

                              Sincerely,

                              Raul David Jackson
                              Applicant, Pro Se

c. Court of Criminal Appeals
   FILE

                                                    A TRUE COPY

WRIT NO. W06-00445-K(B), W06-00448-K(B), W06-00450-K(B) and W06-00453-K(B)

| | | |
|---|---|---|
| EX PARTE | § | IN THE CRIMINAL |
| | § | |
| RAUL DIVID JACKSON | § | DISTRICT COURT NO. 4 |
| | § | |
| | § | DALLAS COUNTY, TEXAS |
| | § | |

## DESIGNATION OF HABEAS RECORD

TO THE HONORABLE CLERK OF THE COURT:

Pursuant to an order issued by the Court of Criminal Appeals you have been directed to provide said Court with the plea papers in this case as originally indicted. The original cause numbers are: F-0554511, F-0555473, F-0556279, and F-0557397.

Pursuant to rule 34.5, of the Rules of Appellate Procedure, I am requesting that you also transmit to the Court of Criminal Appeals the following documents from the 2005 cause numbers as originally indicted:

NOTICE OF DISPOSITIONS FROM EACH CAUSE NUMBER DATED 12/06/05;

NOTICE OF DISPOSITIONS FROM EACH CAUSE NUMBER DATED 12/13/05, for a total of eight (8) sheets.

Respectfully Submitted,

Raul David Jackson
Applicant, pro se

c. Court of Criminal Appeals
FILE

A TRUE COPY